

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTTIE RAY MARTIN,<br><br>    Petitioner,<br><br>    v.<br><br>J.D. HARTLEY, Warden,<br><br>    Respondent. | Case No. EDCV 09-1420-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: July 31, 2009

_____
Manuel L. Real
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 4 2009